## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 58 WAL 2015
:
          Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.            :
:
:
:
TIMOTHY F. BALCHICK,     :
:
          Petitioner     :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.